NOT FOR PUBLICATION

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| DEBORAH LAUFER, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> AARK HOSPITALITY HOLDING, LLC, : <br> : <br> Defendant. : | Civil No. 20-5648 (RBK/KMW) <br><br> **ORDER** |

**KUGLER**, United States District Judge

    **THIS MATTER** comes before the Court on Plaintiff's Deborah Laufer's Motion for Default Judgment (Doc. No. 8); for the reasons set forth in the accompanying Opinion

    **IT IS HEREBY ORDERED** that Plaintiff's Motion (Doc. No. 8) is **DENIED** without prejudice.

Dated: 2/10/2021                                                       s/ Robert B. Kugler
                                                                                     ROBERT B. KUGLER
                                                                                     United States District Judge