<u>NOT FOR PUBLICATION</u>

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

<div style="overflow-x:auto">

| | |
|---|---|
| ̅ ̅ ̅ ̅ ̅ ̅ ̅ ̅ ̅ ̅ ̅ ̅ ̅ ̅ ̅ ̅ ̅ ̅ ̅ ̅ ̅ ̅ ̅ : | |
| DEBORAH LAUFER, : | |
| : | |
| Plaintiff, : | |
| : | Civil No. 20-5648 (RBK/AMD) |
| v. : | |
| : | **ORDER** |
| AARK HOSPITALITY HOLDING, LLC, : | |
| : | |
| Defendant. : | |
| ̅ ̅ ̅ ̅ ̅ ̅ ̅ ̅ ̅ ̅ ̅ ̅ ̅ ̅ ̅ ̅ ̅ ̅ ̅ ̅ ̅ ̅ ̅ : | |

</div>

**KUGLER**, United States District Judge

 **THIS MATTER** comes before the Court on Plaintiff's Deborah Laufer's Motion for

Default Judgment (ECF. No.  14); for the reasons set forth in the accompanying Opinion,

 **IT IS HEREBY ORDERED** that Plaintiff's Motion (ECF. No. 14) is **DENIED without**

**prejudice.**

Dated: 12/21/2021       /s/ Robert B. Kugler
                 ROBERT B. KUGLER
                 United States District Judge